Á

Bin Li, Esq.  SBN 223126                                           JS-6
A PROFESSIONAL LAW CORPORATION
730 N. Diamond Bar Blvd.
Diamond Bar, CA 91765
Tel: 909-861-6880
Fax: 909-861-8820

Attorney for Plaintiff Parasol Capital Limited

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| PARASOL CAPITAL LIMITED, an exempted company incorporated in the Cayman Islands,<br><br>      Plaintiff,<br><br>v.<br><br>reRUBBER LLC, a Nevada limited liability company; and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No:  5:15-cv-00946-R-DTB<br><br>**ORDER DISMISSING COMPLAINT** |

!"""""""""""""""""""ORDER TO DISMISS COMPLAINT

1

The Court having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed without prejudice.
2. Each party shall bear its own costs and attorney fees.
3. The Court shall retain jurisdiction over this matter to enforce the terms of the Settlement Agreement.

**IT IS SO ORDERED.**

Date: September 30, 2015

_____
Honorable Manuel L. Real
United States District Judge

[PROPOSED] ORDER TO DISMISS COMPLAINT

2